UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

In re:

BOBBY W. PRICE and  Case No.: 22-80667
ROSE M. PRICE,  Chapter: 13

    Debtors.  /

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust ("Secured Creditor"), by and through undersigned counsel, hereby objects to confirmation of the Debtors' Chapter 13 Plan (the "Plan") (Doc. No. 2) and in support thereof states:

1. <u>Debtors' Bankruptcy Case</u>: This case was commenced by the filing of a voluntary Chapter 13 petition on July 22, 2022 (the "Petition Date") by Bobby W. Price and Rose M. Price (the "Debtors").

2. <u>Collateral</u>: Secured Creditor holds a lien against the Debtors' property located at 58 S Dogwood Dr, Alexander City, AL 35010 (the "Property").

3. <u>Secured Creditor's Claim</u>: Secured Creditor has not yet filed a total debt proof of claim but will do so prior to the expiration of the claims deadline. According to preliminary figures, the total secured amount due is $4,594.04 which is greater than the estimate provided in the Plan.

4. <u>Plan Treatment</u>: The proposed Plan provides that the secured claim of Creditor will be valued at $28,300.00 with an adequate protection payment of $41.00 and a specified monthly payment of $110.00 paid at 5.75%. Based upon the discrepancy in claim amount, the claim will not be paid in full unless the Plan is amended.

5. <u>Total Debt:</u> The underlying loan matured in December, 2021 – prior to the proposed Plan's completion date. As such, Secured Creditor requires the entire claim be paid in full through the Plan, and that the maturity not extend beyond month sixty (60) of the instant bankruptcy. Furthermore, Creditor requires Debtor to maintain property taxes and insurance payments.

6. <u>Secured Creditor does not Consent to the Plan:</u> Secured Creditor does not consent to the treatment of its claim as proposed by the Debtors' Plan. Accordingly, the Plan cannot be confirmed pursuant to 11 U.S.C. § 1325(a)(5)(A).

7. <u>Attorney's Fees and Costs:</u> Secured Creditor has incurred additional fees and costs as a result of having to file this objection.

8. <u>Objection:</u> Secured Creditor reserves the right to supplement and/or amend this Objection to Confirmation.

WHEREFORE, the Secured Creditor requests that the Court enter an order denying confirmation of the Debtors' Chapter 13 Plan, unless such Plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLC

By: */s/Jackson E. Duncan, III*
Jackson E. Duncan, III
Alabama Bar No. 4919N67J
Attorney for U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust
1544 Old Alabama Road
Roswell, GA 30076
Phone: 205-208-1804
Fax: 205-208-1804
Email: Jackson.Duncan@mccalla.com

# CERTIFICATE OF SERVICE

  I, Jackson E. Duncan, III, of MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Road, Roswell, GA 30076-2102, certify:

  That I am, and at all times hereinafter mentioned, was more than 18 years of age,
  That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Debtors' Attorney
Charles G. Reynolds,
Served via ECF: reynolds610@charter.net


Trustee
Sabrina L. McKinney
Served via ECF: trustees_office@ch13mdal.com


and the following by regular U.S. Mail addressed to:


Debtor
Bobby W. Price
58 S Dogwood Drive
Alexander City, AL 35010

Debtor
Rose M. Price
58 S Dogwood Drive
Alexander City, AL 35010

Case 22-80667 Doc 23 Filed 09/02/22 Entered 09/02/22 14:37:04 Desc Main
Document Page 3 of 4

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on   09/02/2022         By:   */s/Jackson E. Duncan, III*
               (date)                                 Jackson E. Duncan, III
                                                           Alabama BAR NO. 4919N67J
                                                           Attorney for U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA  30076
205-208-1804
Jackson.Duncan@mccalla.com